FILED
 2012 Jul-20 AM 09:50
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2012 JUL 19 A 11: 05
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: 187980#

Derrick Inge

(Enter above the full name(s) of the plaintiff(s)
in this action



NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

vs.

Officer Andrew Echols in his Individully and Offical capacity, Off. Fred Rice in his Individully and Offical Capacity, Off. Tyree Murphy in

(Enter above full name(s) of the defendant(s)
in this action

CV-12-H-2495-W

1. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( ___ )   No ( ✓ )

   B. If your answer to (A) is "yes.) describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         Defendant(s) _____

Extended sheet for names of Defendant's Page 1

his Individually and Offical capacity, Officer Merrill Shoulders, in his Individually and Offical capacity, Officer Jeremy Pelzer, in his Individually and Offical capacity, Officer Jeremy McConnell, in his Individually and Offical capacity, Officer Brain Broadfoot, in his Individually and Offical capacity, Officer Matt White, in his Individually and Official capacity, Officer Bart, in his Individually and Official capacity, Officer Nash, in his Individually and Official capacity, Officer Hood, in his Individually and Official capacity, Officer Edwards, in his Individually and Offical capacity, Officer Harvey, in his Individually and Offical capacity, Lieutenant Phillip Mitchell, in his Individually and Offical capacity, Sgt. Jonathan Sanders, in his Individually and Offical capacity, Sgt. Adams Richards, in his Individually and Offical capacity, Warden Mitchell III, in his Individually and Offical capacity, Warden Patrick II, in his Individually and Offical capacity, Warden Goode, in her Individually and Offical capacity and Nurse Williams R.N., in her Individually and Offical capacity and Stewardes Cook Orr in her Individually and Offical capacity.

2\. Court (if Federal Court, Name the district; if State Court, Name the county) _____

3\. Docket Number _____

4\. Name the judge to whom case was assigned _____

5\. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6\. Approximate date of filing lawsuit _____

7\. Approximate date of disposition _____

I   Place of present confinement  <u>Bibb County Correction Facillity</u>

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ___ )    No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ___ )    No ( ✓ )

C. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer is NO, explain why not? <u>The incident took place at LimeStone Correctional Facility. They do not have a grievance procedure.</u>

Rice, Tyree Murphy, Merrill Shoulders, Jeremy Peltzer Jeremy McConnell, Brain Broadfoot, Nash, Hood, Edwards, Harvey, and Sgt. Jonathen Sanders, stood around and watched C.O. Echols and Lt. Mitchell beat Derrick Inge, they were bieng deliberate indifference and was their duty to stop the attack. 4. Warden Mitchell, Warden Patrick, and Warden Goode were deliberate indifference and denied Derrick Inge his liberty and freedom. when he was beaten sprayed with half a can of mace while cuffed, refused to let him out of lock-up, kept him in lock-up up to a year even after officer Echols was fired or made to resign. And they caused me mental and emotional stress.

5. Officer Matt White harressed me in lock-up about the incident and wrote me a bogus rule violation claiming I threaten to kill him.

6. Sgt. Adams Richards harassed me while in Lock-up, spitting on the floor and cussing.

7. C.O. Peltzer was showing cruel and unusual punishment and was deliberate indifference when he refused to let Nurse Williams remove mace out of my face, hair and ear at the hospital.

8. Nurse Williams was deliberate indifference when she let C.O. Jeremy Peltzer scare her into not treating me first and right away and refusing her to call someone in charge to send Derrick Inge to hospital to get stiches and be treated for head injuries.

9. C.O. Bart is the mail room worker and kept returning my legal mail claiming I used 2 free stamps a week limit already. I got tired of him stopping my mail from going

out. So I wrote him a letter letting him know he's denying me access to the courts. He sent me word by a Lt. John Doe. that he should've came and spoke to me himself but he wanted to hurt me.

10. Steward Cook Ms. Drr. stood in shift office and watched me, Derrich Inge get Beaten by Lt. Mitchell. She was being deliberate indifference by not stopping it and reporting it to her superior about the incident.

All of the above said Defendants violated my 8th, 14th Amend and my rights to the media and courts. And excessive force, under the color of state law.

## Pertaining to Additional Defendants page 3 Section C.

C.O. Harvey, Lieutenant Phillip Mitchell, Sgt. Jonathen Sanders, Sgt. Adams Richards, Warden Mitchell III, Warden Patrick III, Warden Goode I and Nurse Williams RN, and Stewardes cook Ms. Orr.

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A   Name of plaintiff(s)   Derrick Inge 187980#

   Address   Bibb County Corr. Fac. - 565 Bibb Lane Brent AL.- 35034

In the item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the thirs blank. Use item (C) for the names, positions, and places of employment of any additional defendants

B   Defendant   Andrew Echols

   is employed as   Correction Officer

   at   LimeStone Correction Facility

C   Additional Defendants   C.O. Fred Rice, C.O. Tyree Murphy, C.O. Merril Shoulders, C.O. Jeremy Pelzer, C.O. Jeremy McConnell, C.O. Broadfoot, C.O. Matt White, C.O. Bart, C.O. Nash, C.O. Hood, C.O. Edwards,

V.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

1. C.O. Andrew Echols removed his badge, shirt, and radio, so he could assault Derrick Inge. He punched me in the face and kicked me multiple times in the head while I was handcuffed. He used cruel and unusual pun-

ishment against me. 2. Lieutenant Phillip Mitchell assaulted Derrick Inge and another Inmate. by repeatedlly punching in the face, jabbing his stick in their necks, and calling Derrick Inge a fag. He used cruel and unusuall punishment and was very discrimitive towards me. 3. Correction Officer's Fred

RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Derrick Inge feel I should be compensated for my pain and suffering, pyschological and emotional stress I've suffered. They need to admitt their wrong doings violating my rights and nominal damages, monetary damages, and I have headache's problems. The damage amount will be mention when its time to meet.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2012

Derrick Inge 187980#

Signature(s)

- 4 -